UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOGEILY Y. SOSA,

                             Plaintiff,

    -against--

HOME DEPOT,

                             Defendant.

------------------------------------------------------------------X

Docket No.:

**RULE 7.1 DISCLOSURE**

      Pursuant to the Federal Rules of Civil Procedure Rule 7.1, Home Depot U. S. A., Inc. states that it is a direct, wholly-owned subsidiary of The Home Depot Inc. and The Home Depot, Inc., owns 100% of the capital stock of Home Depot U.S.A., Inc. Based solely on a review of filings made with the Securities and Exchange Commission, no publicly-held corporation owns 10% or more of the capital stock of The Home Depot, Inc. or Home Depot U.S.A., Inc.. The Home Depot, Inc. and Home Depot U.S.A., Inc have a number of wholly-owned and indirectly owned subsidiaries, but none of those subsidiaries have publicly issued shares.

Dated: New York, New York
       December 4, 2015

                                       LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                       By: _____
                                            David M. Pollack (DP 6143)
                                            Michael N. Giacopelli (MG 4170)
                                            *Attorney for Defendant*
                                            77 Water Street, 21st floor
                                            New York, New York 10038
                                            212.232.1300

TO:

Michael Barnett, Esq.
Michael A. Barnett, P.C.
1825 Park Avenue – 9th floor
New York, New York 10035
212.697.1300
*Attorneys for Plaintiff*
*JOGEILY Y. SOSA*

4823-8235-0635.1